**City of Chicago, a Municipal Corporation, Plaintiff-Appellee, v. George Reid, Defendant-Appellant.**

**Gen. No. 52,219. (Abstract of Decision.)**

First District, Third Division.

May 2, 1968.

Rehearing denied May 28, 1968.

Royal E. Spurlark, Jr., of Chicago, for appellant; Raymond F. Simon, Corporation Counsel, of Chicago (Marvin E. Aspen and Howard C. Goldman, Assistant Corporation Counsel, of counsel), for appellee. Opinion by JUSTICE SULLIVAN. Not to be published in full.